**No. 09-7560. Mustafa Redzic, Petitioner v. United States.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1121, 2010 U.S. LEXIS 5536.

June 29, 2010. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of Skilling v. United States, 561 U.S. 358, 130 S. Ct. 2896, 177 L. Ed. 2d 619 (2010).

Same case below, 569 F.3d 841.

**No. 09-291. Eric L. Thompson, Petitioner v. North American Stainless, LP.**

561 U.S. 1041, 130 S. Ct. 3542, 177 L. Ed. 2d 1121, 2010 U.S. LEXIS 5525.

June 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit granted.

Same case below, 567 F.3d 804.

**No. 08-1501. Lewis Ferguson, et al., Petitioners v. Patent and Trademark Office.**

561 U.S. 1041, 130 S. Ct. 3541, 177 L. Ed. 2d 1121, 2010 U.S. LEXIS 5532.

June 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 558 F.3d 1359.

**No. 09-9365. Henry Louis Wallace, Petitioner v. Gerald J. Branker, Warden.**

561 U.S. 1041, 130 S. Ct. 3543, 177 L. Ed. 2d 1121, 2010 U.S. LEXIS 5526.

June 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 354 Fed. Appx. 807.

**No. 09-34. Pfizer Inc., Petitioner v. Rabi Abdullahi, et al.**

561 U.S. 1041, 130 S. Ct. 3541, 177 L. Ed. 2d 1121, 2010 U.S. LEXIS 5541.

June 29, 2010. Motion of Washington Legal Foundation, et al. for leave to file a brief as amici curiae granted. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. The Chief Justice and Justice Sotomayor took no part in the consideration or decision of this motion and this petition.

Same case below, 562 F.3d 163.

**No. 10-5064 (10A8). Michael James Perry, Petitioner v. Texas.**

561 U.S. 1042, 130 S. Ct. 3543, 177 L. Ed. 2d 1121, 2010 U.S. LEXIS 5543.

July 1, 2010. Application for stay of execution of sentence of death, presented to Justice Scalia, and by him referred to the Court, denied. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.